UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAUDIO MARCELO ROCANO BUESTAN,

                Petitioner,

-against-

BRIAN MCSHANE, et al.

                Respondents.

25-CV-8544 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The Court has received the Government's opposition to Petitioner Claudio Marcelo Rocano Buestan's Petition for Writ of Habeas Corpus, ECF No. 1, and bail application, ECF No. 5. ECF Nos. 7, 8, 9. Petitioner is directed to file his Reply to the bail application by no later than November 24, 2025.

The Court will then hear oral argument on Petitioner's bail application. It is hereby ORDERED that all parties appear for a conference with the Court on December 2, 2025, at 2:30 p.m., in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York. The parties should be prepared to discuss Petitioner's motion to be released from custody pending the resolution of his habeas petition.

Dated: November 19, 2025
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge