UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLAUDIO MARCELO ROCANO BUESTAN,<br><br>               Petitioner,<br><br>      -against-<br><br>BRIAN McSHANE, et al.<br><br>               Respondents. | 25-CV-8544 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

      For reasons that will be stated in an Opinion and Order to follow, it is hereby ORDERED that the Petition is GRANTED and that Petitioner be immediately released from custody. Respondents shall file a letter on the docket certifying that they have complied with this Order by no later than December 3, 2025, at 5:00 p.m. Further, as Respondents stated on the record in a hearing before the Court on December 2, 2025, the Government shall not re-detain Petitioner pursuant to 8 U.S.C. § 1225(b)(2), absent a change in relevant circumstances.

Dated:  December 2, 2025
        New York, New York

                                         SO ORDERED.

                                         *Jessica Clarke*

                                         JESSICA G. L. CLARKE
                                         United States District Judge