UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CLAUDIO MARCELO ROCANO BUESTAN,

                  Petitioner,

-against-                          25 CIVIL 8544 (JGLC)

BRIAN McSHANE, in his official capacity as
Acting Field Office Director of New York,        **JUDGMENT**
Immigration and Customs Enforcement;
KRISTI NOEM, in her official capacity as
Secretary, Department of Homeland Security;
PAM BONDI, in her official capacity as
Attorney General of the United States,

                  Respondents.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 5, 2025, the Court GRANTED Rocano Buestan's Petition for Writ of Habeas Corpus on December 2, 2025. Tr. at 14:3–11; ECF No. 12. The Court also directed Respondents to file a letter on the docket no later than December 3, 2025, at 5:00 p.m., certifying that they had released Rocano Buestan. ECF No. 12. Respondents timely did so: Rocano Buestan was released from detention on December 2, 2025. ECF No. 13. In an Order that immediately followed the December 2 hearing, the Court reiterated that, "as Respondents stated on the record . . . the Government shall not re-detain Petitioner pursuant to 8 U.S.C. § 1225(b)(2), absent a change in relevant circumstances." ECF No. 12. The Court now adds, consistent with the Order, that Respondents are further enjoined from denying Petitioner bond in any subsequent proceeding on the basis that he must be detained pursuant to 8 U.S.C. § 1225(b), absent a change in relevant circumstances; accordingly, the case is closed.

**Dated:** New York, New York

       December 5, 2025

                                              **TAMMI M. HELLWIG**
                                                **Clerk of Court**
                       **BY:**      *K. Mango*
                                                  **Deputy Clerk**